# NO. 12-24-00227-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF* *L. M. C., R. C. & R. W. C., JR.,* *CHILDREN* | § | *APPEAL FROM THE 420TH* |
| | § | *JUDICIAL DISTRICT COURT* |
| | § | *NACOGDOCHES COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3. Pursuant to Rule 32.1, Appellant D.S.'s docketing statement was due to have been filed at the time the appeal was perfected, i.e., July 18, 2024. On July 18, this Court requested that Appellant file a docketing statement within ten days if she had not already done so. Appellant did not file the docketing statement as requested.

On July 31, this Court issued a second notice advising Appellant that the docketing statement was past due. The notice further provided that unless the docketing statement was filed on or before August 8, the appeal would be presented for dismissal in accordance with Texas Rule of Appellate Procedure 42.3. The date for filing the docketing statement passed, and Appellant has not complied with the Court's request.

Because Appellant failed, after notice, to comply with Rule 32.1, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c) (after giving ten days' notice, appellate court may dismiss appeal because appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time).

Opinion delivered August 15, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 15, 2024**

**NO. 12-24-00227-CV**

**IN THE INTEREST OF  L. M. C., R. C. & R. W. C., JR., CHILDREN**

Appeal from the 420th District Court
of Nacogdoches County, Texas (Tr.Ct.No. C2338248)

THIS CAUSE came on to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is hereby **dismissed**; and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*